**L. Seville PARKS, Plaintiff-Appellant,**

v.

**Richard FALGE; et al., Defendants-Appellees.**

**No. 10–15307.**

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.*

Filed June 8, 2011.

L. Seville Parks, Las Vegas, NV, pro se.

Robert Simon, Deputy Assistant Attorney General, Michon A. Martin, Deputy Attorney General, AGNV–Office of the Ne-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

vada Attorney General, Son City, NV, for Defendants–Appellees.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

## MEMORANDUM **

L. Seville Parks, a former Nevada state prisoner, appeals pro se from the district court's judgment dismissing his civil rights action for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust, and for clear error its factual determinations. *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003). We affirm.

The district court properly dismissed Parks's action because Parks failed to exhaust administrative remedies or demonstrate that he was obstructed from doing so. *See Woodford v. Ngo,* 548 U.S. 81, 85, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) ("proper exhaustion" is mandatory and requires adherence to administrative procedural rules).

Parks's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).